# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1728

_____

| | | |
|---|---|---|
| David R. Bradley, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | Appeal from the United States |
| Douglas Weber, Warden, S.D. State | * | District Court for the |
| Penitentiary; Thomas Gillcrest, | * | District of South Dakota. |
| Psychologist, S.D.S.P.; Gary Taylor, | * | |
| Unit Manager, S.D.S.P.; Jeff | * | [UNPUBLISHED] |
| Bloomberg, S.D.S.P., Secretary of | * | |
| D.O.C., | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: July 21, 2003
Filed: August 6, 2003

_____

Before MORRIS SHEPPARD ARNOLD, MURPHY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

South Dakota inmate David R. Bradley appeals the district court's[1] order dismissing his 42 U.S.C. § 1983 action, and determining that the dismissal was a "third strike" under 28 U.S.C. § 1915(g). Upon review, we are unable to find two

_____

[1]The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.

previous dismissals that qualify as "strikes," and we therefore grant Bradley leave to appeal in forma pauperis. We conclude, however, that dismissal of the action was proper, because Bradley's amended complaint failed to state a claim. See Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (standard of review).

Accordingly, we summarily affirm the dismissal, see 8th Cir. R. 47A(a), and we vacate the portion of the district court's order which states that the dismissal constituted a third "strike."

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.